UNITED STATES BANKRUPTCY COURT
Western District of Illinois

IN RE:                                              CHAPTER 13
RAYMOND O. LIZER
RITA J. LIZER                                       CASE NO. 08-71490

### NOTICE OF FINAL CURE PAYMENT AND COMPLETION OF PLAN PAYMENTS

Pursuant to Federal Bankruptcy Rule 3002.1(f), the Chapter 13 Trustee, Lydia S. Meyer, files Notice that the amount required to cure the default in the below claim has been paid in full and the debtor has completed payments under the Plan.

**Name of creditor: BENEFICIAL ILLINOIS**          **Court claim #:** (if known) 1

**Last four digits** of any number used to identify the debtor's account: 2 0 2 8

---

*Final Cure Amount*

| | |
|---|---|
| Amount of Prepetition Arrears | $1254.99 (Per creditor Proof of Claim) |
| Amount Paid by Trustee | $1200.00 |

---

*Monthly ongoing Mortgage Payment*

Mortgage is paid:

☐   Thru the Chapter 13 Plan           ☒   Direct by Debtor(s)

---

Within 21 days of the service of this Notice, the creditor **MUST** file and serve a Statement as a supplement to the holders' proof of claim on the debtor, debtor's counsel and the trustee, pursuant to Federal Bankruptcy Rule 3002.1 (g), indicating: 1) whether it agrees that the debtor has paid in full the amount required to cure the default and 2) whether the debtor is otherwise current on all payments consistent with 11 USC ¶1322(b)(5).

Dated:  3/1/2012                        /s/Lydia S. Meyer
                                        Lydia S. Meyer, Trustee
                                        308 W. State St., Suite 212
                                        Rockford, IL  61101

Certificate of Service
    I hereby certify that a copy of this Notice of Final cure Payment and Completion of Plan Payments was served on the parties listed below by ordinary US Mail or served electronically through the Court's ECF System at the email address registered with the Court on this 1st Day of March, 2012 .

Dated:  3/1/2012                        /s/Cynthia K. Burnard

BENEFICIAL ILLINOIS INC
PAYMENT PROCESSING
1301 E TOWER ROAD
SCHAUMBURG, IL 60173

HOUSEHOLD FINANCE CORPORATION III
961 WEIGEL DRIVE
ELMHURST, IL 60126

HFC
PO BOX 1547
CHESAPEAKE, VA  23320

RAYMOND O. LIZER
RITA J. LIZER
6868 SHOCKEY ROAD
RIDOTT, IL  61067

BALSLEY & DAHLBERG LLP
5130 NORTH SECOND STREET
LOVES PARK, IL  61111